IN THE CIRCUIT COURT OF UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| US Bank National Association, as Trustee for the registered holders of Asset-Backed Pass-Through Certificates Series 2007-AMC2 | Plaintiff(s) VS. | |
| | | Court No.: 1:11-cv-4817 |
| Evian Younan, Jan Younan, Capital One Bank (USA), N.A., successor in interest to Capital One Bank, PNC Bank National Association, successor in interest to MidAmerica Bank, FSB, Village of Skokie | Defendant(s) | |

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, <u>Beth L McMaster</u>, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117-001465

Type of Process: <u>Summons In a Civil Case and Complaint</u>

Defendant to be served: <u>Evian Younan</u>

ADDRESS WHERE ATTEMPTED OR SERVED: <u>8905 Belleforte Avenue, Morton Grove, IL, 60053</u>

SERVED the within named defendant on: <u>12/2/2011 11:00:00 AM</u>

✓ SUBSTITUTE SERVICE by leaving a copy of this process at his/her usual place of abode with: <u>Natasha Younan</u>, (Relationship): <u>Daughter</u>, a person residing therein who is the age of 13 years or upwards confirmed the defendant resides at the above address and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on or about 12/5/2011

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age: <u>19</u> Gender: <u>Female</u> Race: <u>Caucasian</u> Height: <u>5-9</u> Weight: <u>151-175</u> Hair: <u>Brown</u> Eyes: <u>Brown</u>

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this instrument are true and correct.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on /2/ 7/ 11

_____
Signature of Process Server

Notary Public

OFFICIAL SEAL
DIANA ZAVALA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/17/15

Page 1 of 1

Reference Num: 2595222
File Number: 14374.6750

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

US BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR THE REGISTERED HOLDERS
OF ASSET-BACKED PASS-THROUGH
CERTIFICATES SERIES 2007-AMC2

**SUMMONS IN A CIVIL CASE**

PLAINTIFF

CASE NUMBER: 1:11-cv-04817

V.

ASSIGNED JUDGE: John W. Darrah

EVIAN YOUNAN, JAN YOUNAN, et al

DEFENDANT(S).

DESIGNATED MAGISTRATE JUDGE: Susan E. Cox

TO: (Name and address of Defendant)

Evian Younan
8905 Belleforte Avenue
Morton Grove, IL 60053

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES NICK PAPPAS
Burke Costanza & Carberry LLP
9191 Broadway
Merrillville, IN 46410

an answer to the complaint which is herewith served upon you, ___Twenty-one (21)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                      DATE

MICHAEL W. DOBBINS, CLERK



November 30, 2011

y) DEPUTY CLERK

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                   Date                 *Signature of Server*

                                     _____
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.