## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AMC2 | CASE NUMBER:1:11-cv-04817 |
| PLAINTIFF | |
| VS. | DISTRICT JUDGE: John W. Darrah |
| EVIAN YOUNAN, JAN YOUNAN, CAPITAL ONE BANK (USA), N.A., SUCCESSOR IN INTEREST TO CAPITAL ONE BANK, PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO MIDAMERICA BANK, VILLAGE OF SKOKIE, | MAGISTRATE JUDGE: Susan E. Cox |
| DEFENDANT(S). | |

### ORDER

THIS CAUSE comes to be heard on Plaintiff's motion for the entry of an Order Approving the Report of Sale and Distribution, confirming the sale of the premises, which are the subject of the matter captioned above and described as:

LOT 5 IN BLOCK 3 IN GROVEDALE SUBDIVISION, BEING A SUBDIVISION OF LOT 3 IN THE SUBDIVISION OF THE SOUTH 23.05 CHAINS OF THAT PART LYING WEST OF THE NORTH BRANCH ROAD OF THE SOUTHWEST 1/4 OF SECTION 18, AND THE NORTH 13 RODS OF THAT PART LYING WEST OF NORTH BRANCH ROAD OF THE EAST 1/2 OF THE NORTHWEST 1/4 OF SECTION 19, TOWNSHIP 41 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, (EXCEPT THE NORTH 5 ACRES THEREOF) AND (EXCEPT THE EAST 270 FEET OF THE SOUTH 1010.77 FEET THEREOF) IN COOK COUNTY, ILLINOIS.

Commonly known as 8905 Belleforte Ave, Morton Grove, IL 60053
Property Index No. 10-18-315-013-0000

Due notice of said motion having been given, the Court having examined said report and being fully advised in the premises, FINDS:

That personal service was had against the Borrower Defendant(s), Evian Younan, Jan Younan;

That the real property that is the subject matter of the instant proceeding is a single family residence;

That all notices required by 735 ILCS 5/15-1507(c) were given;

That said sale was fairly and properly made;

That Judicial Sales Corporation, hereinafter "Special Commissioner," has in every respect proceeded in accordance with the terms of this Court's Judgment; and

That justice was done.

IT IS THEREFORE ORDERED:

That the sale of the premises involved herein and the Report of Sale and Distribution filed by the Special Commissioner are hereby approved, ratified, and confirmed;

That the proceeds of the sale be distributed in accordance with the Report of Sale and Distribution;

That the Mortgagee's fees and costs arising between the entry of the Judgment of Foreclosure and Sale and the date of sale are approved;

That Plaintiff is not granted a deficiency judgment due to a previous bankruptcy filing;

735 ILCS 5/9-117 is not applicable in this order entered pursuant to Article 15 (IMFL).

That upon request by the successful bidder, including any insurers, investors, and agents of Plaintiff and provided that all required payments have been made pursuant to 735 ILCS 5/15-1509, the Special Commissioner shall execute and deliver to the successful bidder a deed sufficient to convey title.

Municipality or County may contact the below with concerns about the real property:

US Bank National Association, as Trustee for the registered holders of Asset-Backed Pass-Through Certificates Series 2007-AMC2
1661 Worthington Road, Ste. 100
West Palm Beach, FL 33409
877-596-8580

IT IS FURTHER ORDERED:

That upon request by the successful bidder, including any insurers, investors, and agents of Plaintiff is entitled to and shall have possession of the premises as of a date 30 days after entry of this Order, without further Order of Court, as provisioned in 735 ILCS 5/15-1701;

That the Sheriff of Cook County is directed to evict and dispossess Evian Younan, Jan Younan from the premises commonly known as 8905 Belleforte Ave, Morton Grove, IL 60053.

The Sheriff cannot evict until 30 days after the entry of this order.

IT IS FURTHER ORDERED that the Deed to be issued hereunder is a transaction that is exempt from all transfer taxes, either state or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Deed issued hereunder without affixing any transfer stamps.

A copy of this order shall be sent via regular mail to all defendants within 7 days.

Dated: January 31, 2013     Entered: _____
                                     Judge

PHILLIP A. PLUISTER  #26544-64
Burke Costanza & Carberry LLP
225 W. Washington St, Suite 2200
Chicago, IL 60606
(219) 769-1313